UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOCKET & FILE

———————————————————— x
GARY LIVINGSTON, Individually and on : Civil Action No. 1:12-cv-00377-KAM-SMG
Behalf of All Others Similarly Situated, :
                                        : CLASS ACTION
                 Plaintiff,             :
                                        :     ORDER APPOINTING IRON
      vs.                               : WORKERS LOCAL NO. 25 PENSION
                                        : FUND AND ALASKA ELECTRICAL
CABLEVISION SYSTEMS CORPORATION, : PENSION FUND AS LEAD PLAINTIFF
et al.,                                 : AND APPROVING THEIR SELECTION OF
                                        : LEAD COUNSEL
                 Defendants.            :
                                        :
———————————————————— x

Having considered Iron Workers Local No. 25 Pension Fund and Alaska Electrical Pension Fund's (the "Pension Funds") Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel (the "Motion"), the Memorandum of Law and the Declaration of David A. Rosenfeld in support thereof, and good cause appearing therefore:

1. The Motion is GRANTED;

2. The Pension Funds are hereby appointed as Lead Plaintiff for the class pursuant to the Private Securities Litigation Reform Act of 1995; and

3. Robbins Geller Rudman & Dowd LLP is hereby appointed as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: April 26, 2012

s/KAM
_____
THE HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
    & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

    s/ DAVID A. ROSENFELD
_____
    DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
malba@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
    & DOWD LLP
TRICIA L. McCORMICK
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
triciam@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiffs